**Order entered November 7, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00546-CR

**COREY DEMON FRANKLIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-75618-T**

## ORDER NUNC PRO TUNC

On October 24, 2016, appellant filed a second motion to extend time to file his brief. The following day, he filed a motion to withdraw that motion and a motion to abate the appeal. In his October 25 motion, appellant notes that the reporter's record and clerk's record are incomplete. Specifically, he notes the reporter's record is missing State's exhibit 1. He does not detail what is missing from the clerk's record.

Our review of the reporter's record indicates that **in addition** to the State's exhibit 1, labeled "PHOTO," the record is missing State's exhibit 2, labeled "911 CALL DISK" and defendant's exhibit 1, labeled "INTERVIEW DISK." In his motion, appellant represents that he will contact the court reporter and the district clerk to get the missing items filed with the Court.

We **GRANT** appellant's October 25, 2016 motion to the extent we extend the time for filing his brief to **December 22, 2016**.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE